FRANK GRUMMISCH, PROSECUTOR–APPELLANT, v. BARNEY CONSTRUCTION CO., DE-FENDANT–RESPONDENT.

Argued September 15, 1948—Decided October 4, 1948.

*Miss Elsie White* argued the cause for the prosecutor-appellant (*Louis Steisel,* attorney).

Mr. *Clarance B. Tippett* argued the cause for the defendant-respondent.

PER CURIAM. The judgment under review herein is affirmed, for the reasons expressed in the opinion Per Curiam Filed in the Supreme Court.

*For affirmance:* Chief Justice VANDERBILT and Justices OLIPHANT, WACHENFELD, BURLING, and ACKERSON—5.

*For reversal:* None.